United States District Court
Southern District of Texas
**ENTERED**
October 11, 2022
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| SANTOS A. AGUILAR, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-22-2146 |
| | § | |
| STAR WIRELESS LLC, | § | |
| | § | |
| Defendant. | § | |

## ORDER OF DISMISSAL

Counsel for the parties have advised the court that an amicable settlement has been reached in this action. (Docket Entry No. 18). Because the settlement does not bind a class, this case is dismissed, without prejudice to the right of counsel to move for reinstatement no later than December 19, 2022, on presentation of adequate proof that the settlement could not be consummated. All motions currently pending are denied without prejudice. Any movant seeking to resubmit those motions must do so within 14 days from the date any motion for reinstatement is filed. The court appreciates the prompt notification of settlement.

SIGNED on October 11, 2022, at Houston, Texas.

_____
Lee H. Rosenthal
Chief United States District Judge